UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

CHRISTINE M. VISOCSKY

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:08-CR-354   (GHL)

Anthony Neddo, Esq.
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

_XX_ guilty __ nolo contendere] as to Count 2 of the Information.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Possession of a Schedule 1 controlled substance, in violation of Title 21 United States Code, Section 844(a).

**DATE OFFENSE CONCLUDED:**   June 19, 2008

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $1,000.00 and special assessment of $25.00. Total of the fine and special assessment amounts to $1,025.00, payable no later than 10/13/08. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** Count 1 of the Information is dismissed on motion of the United States.

___August 13, 2008___
Date of Imposition of Sentence

___August 19, 2008___
DATE SIGNED

GEORGE H. LOWE
U.S. Magistrate Judge